UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:                                          * CASE NO. 98-03617-G
    LUIS DELGADO RAMOS                          *
                                                * CHAPTER 13
                                                *
                                                *
DEBTOR                                          *
------------------------------------------------*

### TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

The debtor has failed to make payments called for in the confirmed plan dated May 14, 1998    . The debtor is in arrears the sum of $   800.00 .

There has been unreasonable delay on the part of the debtor that is prejudicial to creditors.

WHEREFORE trustee moves that case be dismissed.

### NOTICE AND HEARING

TAKE NOTICE that unless you oppose this treatment and file an opposition within 30 days, the court may grant the same without the the need for a further hearing. (LOCAL B.R. 9013).

### CERTIFICATE OF RECEIPTS

I CERTIFY my records as of:  May 23, 2000

The amount that should have been paid is: $   2,600.00
RECEIPTS:                                 $   1,800.00

LAST DATE PAYMENT RECEIVED: December 6, 1999

I CERTIFY that on this same date I have mailed a true copy of this motion to all creditors as per attached master list and to:

    *ROBERTO FIGUEROA CARRASQUILL*        LUIS DELGADO RAMOS
    PO BOX 193677                         HC 03 BOX 37073
    SAN JUAN PR                           CAGUAS PR

            00919-3677                            00725

In San Juan, Puerto Rico this 01 day of June , 2000



JOSE R. CARRION, TRUSTEE
PO BOX 9023884, OLD SAN JUAN
SAN JUAN, PR 00902-3884
TEL.: 977-3535

# 98-03617-G             CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| JOSE R. CARRION<br>P.O. BOX 71427<br>SAN JUAN PR | 00936 | CELESTINO MATTA<br>CHARDON AVENUE<br>FEDERAL BUILDING<br>HATO REY PR | 00917 |
| *ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN PR | 00919 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>P.O. BOX 9024140<br>SAN JUAN, PUERTO RICO | 00902 |
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA<br>PDA 27 1/2 P DE LEON OFIC 914<br>SAN JUAN PR | 00918 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00918 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>G.P.O. BOX 36-6818<br>SAN JUAN, PUERTO RICO | 00936 | CITIBANK (PRIVATE LABELS)<br>PO BOX 71458<br>SAN JUAN PR | 00936 |
| COMMOLOCO, INC.<br>PO BOX 363769<br>SAN JUAN, PUERTO RICO | 00936 | MONEY EXPRESS<br>P.O. BOX 11867<br>SAN JUAN, PR | 00910 |
| EMPRESAS BERRIOS INC.<br>PO BOX 674<br>CIDRA PR | 00739 | POPULAR FINANCE, INC.<br>PO BOX 336090<br>PONCE PR | 00733 |
| LUIS DELGADO RAMOS<br>HC 03 BOX 37073<br>CAGUAS PR | 00725 | | |

DATED: June 1, 2000

MARIBEL ABREU
OFFICE OF THE CHAPTER 13 TRUSTEE