IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS DELGADO RAMOS        *    CASE NO.98-03617-GAC

DEBTOR                    *    CHAPTER 13

## RESPONSE TO MOTION TO DISMISS FILED BY THE CHAPTER 13 TRUSTEE

TO THE HONORABLE COURT:

COMES NOW, **LUIS DELGADO RAMOS,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The Chapter 13 Trustee filed a Motion to Dismiss stating that at "debtor failed to make payments called for in the confirmed plan dated May 14, 1998. The debtor is in arrears the sum of $1,200.00".

2. Debtor hereby respectfully submits that on July 5, 2000, he filed a Motion to Convert to Chapter 7.

3. Therefore, Chapter 13 Trustee's motion to dismiss is moot.

WHEREFORE, debtor requests this Honorable Court deny the Motion to Dismiss filed by the Chapter 13 Trustee in the above captioned case.

I CERTIFY that on this same date a copy of this notice was sent via regular mail to the Chapter 13 Trustee; to all creditors and parties in interest as per the attached Master Address List.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico this 9 th day of October, 2000.

ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
EDGAR A. VEGA RIVERA
USDC #212210
ATTORNEYS FOR PETITIONER
PO BOX 193677
SAN JUAN PR 00919-3677
TEL. (787) 744-7699 FAX 746-5294

Luis Delgado Ramos
HC 03 Box 37073
Caguas PR   00725

Popular Finance
PO Box 1689
Caguas PR   00725

Roberto Figueroa-Carrasquillo
PO BOX 193677
SAN JUAN PR   00919-3677

JOSE R. CARRION TRUSTEE
PO BOX 9023884
OLD SAN JUANSTATION
SAN JUAN PR 00902-3884

Jan P. Johnson Trustee
PO Box 70370
San Juan PR   00936

Banco Popular de PR
Comsumer loan
PO Box 363228
San Juan PR   00936-3228

Brenda Quinones Bayron Esq
PO Box 674
Cidra PR   00739

Citibank
PO Box 2055
Hagerstown MD 21748-2055

Commoloco
calle Jose De Diego 55
San Lorenzo PR   00754

Money Express
PO Box 11867
Fernandez Juncos Sta
San Juan PR   00910-3867

Muebleria Berrios
Apartado 674
Cidra PR   00639