UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE: LUIS DELGADO RAMOS
HC 03 BOX 37073
CAGUAS PR

CASE No.
98-03617-G
JUDGE: GERARDO A. CARLO

00 OCT 20 PM 12:09
RECEIVED AND FILED
FINAL ACCOUNT

SS#1 - 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
SS#2 - 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

This Case was Commenced on Mar 18, 1998
The Plan was Confirmed on May 28, 1998
The Case was Concluded on Oct 12, 2000

THE SUBJECT CASE HAS BEEN CONVERTED AFTER CONFIRMATION

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amounts paid to the Trustee by or for the Debtor for the benefit of creditors.                                         $ 1800.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|
| BANCO POPULAR DE PUERTO RICO | UNSECURED | 3667.13 | .00 | .00 | 3667.13 |
| CITIBANK (PRIVATE LABELS) | UNSECURED | 452.31 | .00 | .00 | 452.31 |
| COMMOLOCO, INC. | UNSECURED | 3002.21 | .00 | .00 | 3002.21 |
| EMPRESAS BERRIOS INC. | SECURED | 1041.83 | 614.50 | .00 | 427.33 |
| MONEY EXPRESS | NOTICE ON | .00 | .00 | .00 | .00 |
| POPULAR FINANCE, INC. | UNSECURED | 4611.36 | .00 | .00 | 4611.36 |
| LUIS DELGADO RAMOS | REFUND | .00 | .00 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | TOTAL PAID |
| AMT ALL | 1041.83 | .00 | 11733.01 |  | .00 | 12774.84 | PRINCIPAL |
| PRIN PD | 614.50 | .00 | .00 |  | .00 | 614.50 | AND INT. |
| INT PAID | .00 | .00 | .00 |  |  | .00 | 614.50 |

PAGE 1 - CONTINUED ON NEXT PAGE

CASE NO. 98-03617-G
DEBTOR(S): LUIS DELGADO RAMOS
OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| *ROBERTO FIGUEROA CARRASQUILL* | 1050.00 | 1050.00 |

COURT COSTS AND OTHER EXPENSES OF ADMINSTRATION:

| FILING FEE & DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE | OTHER | |
|---|---|---|---|---|---|
| | 1% OF RECEIPTS | .25 EA CLAIM OVER 10 | EXP. & COMPENSATION FUND | COST | |
| .00 | .00 | | 67.75 / 67.75 | .00 | 135.50 |

WHEREFORE, your Petitioner prays that an order be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability of the within precedings and closing the estate, and for such other and further relief as is just.

I Certify, in accordance with FBR 5009, that the estate has been fully administered, and any objections must be filed within 30 days.

DATED: OCT 20 2000

JOSE R. CARRION, TRUSTEE

98-03617-G                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | | | |
|---|---|---|---|
| JOSE R. CARRION<br>PO BOX 9023884<br>OLD SAN JUAN STATION<br>SAN JUAN, PR | 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR | 00901 |
| *ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN PR | 00919 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>P.O. BOX 9024140<br>SAN JUAN, PUERTO RICO | 00902 |
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA<br>PDA 27 1/2 P DE LEON OFIC 914<br>SAN JUAN PR | 00918 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR | 00918 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>G.P.O. BOX 36-6818<br>SAN JUAN, PUERTO RICO | 00936 | CITIBANK (PRIVATE LABELS)<br>PO BOX 71458<br>SAN JUAN PR | 00936 |
| COMMOLOCO, INC.<br>PO BOX 363769<br>SAN JUAN, PUERTO RICO | 00936 | MONEY EXPRESS<br>P.O. BOX 11867<br>SAN JUAN, PR | 00910 |
| EMPRESAS BERRIOS INC.<br>PO BOX 674<br>CIDRA PR | 00739 | POPULAR FINANCE, INC.<br>PO BOX 336090<br>PONCE PR | 00733 |
| LUIS DELGADO RAMOS<br>HC 03 BOX 37073<br>CAGUAS PR | 00725 | | |

DATED: October 20, 2000

PAULA PENA
OFFICE OF THE CHAPTER 13 TRUSTEE

PAGE 1 OF 1 - CASE NO. 98-03617-G